1  G. Thomas Martin, III, Esq. (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA  91436
3  T: (818) 907-2030; F: (818) 205-2730
   tom@plglawfirm.com
4
   Attorneys for Plaintiffs,
5  JOSHUA & WANDA AKERS

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 | JOSHUA & WANDA AKERS          | Case No.: C-12-02716MEJ
11 |         Plaintiffs,           | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTIONUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
12 | vs.                           |
13 |                               |
14 | DIVERSIFIED COLLECTION        | **Case Management Conference:**
   | SERVICES, INC.; DOES 1 – 10,  | Date:  September 6, 2012
15 | inclusive.                    | Time:  10:00 a.m.
   |                               | Courtroom: B, 15th Floor
16 |         Defendant.            | Hon. Maria-Elena James

17

18     The Court hereby grants the request of counsel for Plaintiffs, JOSHUA &

19 WANDA AKERS to appear at the above-mentioned hearing telephonically.

20

21     IT IS SO ORDERED.

22 Date: _____

23                                         Honorable Maria-Elena James

24                                         DENIED AS MOOT.
                                           Case Management
25                                         has been continued to
                                           October 25, 2012.
                                           DATED: 9/21/2012

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

[Stamp: DENIED — Judge Maria-Elena James — United States District Court Northern District of California]