1  G. Thomas Martin, III, Esq. (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA  91436
3  T: (818) 907-2030; F: (818) 205-2730
   tom@plglawfirm.com
4
   Attorneys for Plaintiffs,
5  JOSHUA & WANDA AKERS

6

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  JOSHUA & WANDA AKERS | Case No.: C-12-02716MEJ |
| 11         Plaintiffs, | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTIONUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |
| 12  vs. | |
| 13  DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive. | **Case Management Conference:** Date:  September 6, 2012 Time:  10:00 a.m. Courtroom: B, 15th Floor Hon. Maria-Elena James |
| 16         Defendant. | |

17

18     The Court hereby grants the request of counsel for Plaintiffs, JOSHUA &

19  WANDA AKERS to appear at the above-mentioned hearing telephonically.

20

21     IT IS SO ORDERED.

22  Date: _____

23                                          ble Maria-Elena James

24                                          DENIED AS MOOT.
                                            Case Management
25                                          has been continued to
                                            October 25, 2012.
                                            DATED: 9/21/2012

[Stamp: DENIED / Judge Maria-Elena James / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE