# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| JOSHUA AKERS, ET AL., | No. C 12-02716 MEJ |
| Plaintiff(s), | **ORDER RE: STATUS** |
| v. | |
| DIVERSIFIED COLLECTION SERVICES, INC., | |
| Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on October 25, 2012. However, as no joint statement has been filed, the Court VACATES the conference and ORDERS the parties to file a status report by October 25.

**IT IS SO ORDERED.**

Dated: October 19, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge