G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiffs,
JOSHUA & WANDA AKERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA & WANDA AKERS<br><br>Plaintiffs,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive.<br><br>Defendant. | Case No.: C-12-02716MEJ<br><br>Hon. Maria-Elena James<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANTS |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiffs JOSHUA & WANDA AKERS against Defendants DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 - 10, inclusive, are dismissed, without prejudice. Plaintiffs JOSHUA & WANDA AKERS and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

1  DATED: March 25, 2013

*Judge Maria-Elena James*
*United States District Court*
*Northern District of California*